IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-00001-BO

**United States of America**,

        Plaintiff,

v.

**Robert D. White**,

        Defendant.

**Scheduling Order**

Before the court is the parties' motion to clarify the Scheduling Order. D.E. 17.

The court grants the motion. Paragraph 3(f) of the Scheduling Order is amended to allow the deposition of the Defendant to exceed the six-hour limitation.

The remaining portions of the Scheduling Order that are not inconsistent with this order remain in effect.

Dated: April 27, 2023.

                                            */s/ Robert T. Numbers II*
                                            ROBERT T. NUMBERS, II
                                            UNITED STATES MAGISTRATE JUDGE