IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-0001-BO-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT D. WHITE,

    Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE FACT DISCOVERY DEADLINE**

Upon consideration of Plaintiff United States of America's Unopposed Motion to Extend the Fact Discovery Deadline, and the entire record herein, IT IS ORDERED as follows:

1. Plaintiff's motion is GRANTED.

2. The parties shall have by and through February 1, 2024, to complete fact discovery.

3. All remaining deadlines remain unchanged.

Dated: January 12, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge