IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-0001-BO-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> ROBERT D. WHITE, <br> Defendant. | ORDER |

This matter is before the Court on Plaintiff's motion to stay the case for 60 days [DE 95] following the federal government's change of administration on January 20, 2025. The motion is not opposed by the Defendant, provided that the stay be time-limited and expire alongside a stay in a sister case, *White v. EPA*, Case No. 2:24-cv-00013-BO-RJ [DE 95 at 1]. The authority of a court to order such abeyance is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936).

The motion to stay [DE 95] is GRANTED. This case is stayed for 75 days, and the Plaintiff is DIRECTED to provide the Court with a status report at the conclusion of the stay. The hearing currently scheduled for February 5, 2025, is CONTINUED, and will be reset by notice.

SO ORDERED, this 29 day of January 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE