IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION: 2:23-CV-00001-BO-RN

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO WITHDRAW |
| ROBERT WHITE | ) | Local Rule 5.2(e) |
| Defendant. | ) | |

Lars P. Simonsen, of Simonsen Law Firm, P.C., moves for leave to withdraw his notice of appearance as counsel for the Defendant, Robert White in this matter pursuant to Rule 5.2(e) of the Local Civil Rules of Practice and Procedure. In support of this motion, and pursuant to Local Rule 5.2(e) movant shows the following:

1. The defendant's mailing and physical address is:

Physical Address:

    259 Shadneck Rd.
    Elizabeth City, NC 27909

Mailing Address:

    P. O. Box 2107
    Elizabeth City, NC 27906-2107

2. As to the procedural posture of the case, the Court currently has before it cross motions for summary judgment filed by the parties. The case has been stayed by the Court for 75 days by order filed on January 30, 2025 (DE 96), and the Plaintiff has been directed to provide the Court with a status report at the conclusion of the stay. The stay expires on or about April 15, 2025. To date, no status report has been provided, nor is it due.

3. While the client has not signed a termination of counsel provided to him by movant, client has verbally consented to this motion. The client has been fully informed of the undersigned's intention to file the motion, and the efforts undertaken by movant and movant's co-counsel, Mr. I. Clark Wright, Jr., and Samantha Hamilton of Davis Hartman Wright LLP, to ensure that movant's withdrawal results in no prejudice to Defendant. The Defendant will continue to be represented by Mr. Wright and Ms. Hamilton. The undersigned and Mr. Wright have coordinated together to ensure that the Defendant and his counsel have possession of or access to all of the undersigned's client file.

NOW, THEREFORE, Lars P. Simonsen, of Simonsen Law Firm, PC moves for leave to withdraw as attorney in this matter.

This the 10th day of April, 2025.

**SIMONSEN LAW FIRM, P.C.**

By: /s/ Lars P. Simonsen
Lars P. Simonsen
N.C. Bar No. 17602
Simonsen Law Firm, P.C.
106 E. Queen St.
P. O. Box 848
Edenton, NC 27932
Telephone: (252) 482-2175
Email: lars@simonsenlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on this day a copy of the foregoing document was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing System.

This the 10th day of April, 2025.

SIMONSEN LAW FIRM, P.C.

By: /s/ Lars P. Simonsen
Lars P. Simonsen
N.C. Bar No. 17602
Simonsen Law Firm, P.C.
106 E. Queen St.
P. O. Box 848
Edenton, NC 27932
Telephone: (252) 482-2175
Email: lars@simonsenlawfirm.com