IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-0001-BO-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBERT D. WHITE, ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's consent motion to extend the administrative stay in this case for 120 days. [DE 99]. The case was previously stayed for 75 days on Plaintiff's unopposed motion. [DE 96]. The Plaintiff seeks to extend the stay to allow the U.S. Environmental Protection Agency and U.S. Department of the Army to gather public input and consider issuing new guidance related to the definition of "waters of the United States." [DE 99 at 2].

The authority of a court to order such abeyance is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936).

The motion to stay [DE 99] is GRANTED. This case is stayed for 120 days, and the Plaintiff is DIRECTED to provide the Court with a status report at the conclusion of the stay.

SO ORDERED, this 15 day of April 2025.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE