IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-0001-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT D. WHITE,<br><br>Defendant. | ORDER |

This matter comes before the Court on Plaintiffs' Status Report and Unopposed Motion to Extend Stay. The Court, having considered the motion, and good cause appearing, GRANTS the motion. It is ORDERED that the case is stayed for an additional 180 days. Either or both parties may move to lift the stay prior to its conclusion if they believe such is justified based on changed circumstances. Upon the conclusion of the stay, Plaintiff shall file a Status Report providing an update on the rulemaking process and proposing further proceedings as appropriate.

Dated this 15 day of January, 2026

HON. JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE