**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-0001-D-RN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT D. WHITE, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Status Report and Unopposed Motion to Extend Stay. The Court GRANTS the motion for good cause shown. It is ORDERED that the case is stayed for an additional 180 days. Either or both parties may move to lift the stay prior to its conclusion if they consider it justified based on changed circumstances. Upon the conclusion of the stay, Plaintiff shall file a Status Report providing an update on the rulemaking process and proposing further proceedings as appropriate.

SO ordered this **21** day of July, 2026

HON. JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE